| DISTRICT COURT, COUNTY OF BOULDER, STATE OF COLORADO<br><br>Court Address:  1777 6th Street<br>                        Boulder, CO 80302 | DATE FILED: April 4, 2024 5:30 PM<br>FILING ID: 8C2AD19514288<br>CASE NUMBER: 2024CV30305 |
|---|---|
| Plaintiff(s):    **TAYLER GOLDSTEIN**<br><br>v.<br><br>Defendant(s):  **SUNBEAM PRODUCTS, INC., SUNBEAM LLC and WALGREEN CO.** | **▲ COURT USE ONLY ▲** |
| *Attorneys for Plaintiff*:<br>Sean Dormer, #44962<br>Jessica Mauser, #47630<br>Dormer Harpring, LLC<br>3457 Ringsby Court, Unit 110<br>Denver, CO 80216<br>Phone Number: (303) 756-3812<br>Facsimile: (303) 477-7400<br>Email: attorneys@denvertrial.com | |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND** | |

1.    This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, crossclaim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.    Simplified Procedure under C.R.C.P. 16.1 applies to this case unless (check one box below if this party asserts that C.R.C.P. 16.1 does not apply):

   ☐    This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, or

   ☒    This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**EXHIBIT A**

**Or**

Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.    ☒    This party makes a Jury Demand at this time and pays the requisite fee. See C.R.C.P. 38.  (Checking this box is optional.)

Date: <u>April 4, 2024</u>               s/<u>Jessica Mauser, Esq</u>
Jessica Mauser, #47630
Attorney for Plaintiff

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

EXHIBIT A